**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWANJOT SINGH,<br><br>                Petitioner,<br><br>        v.<br><br>MINGA WOFFORD, et al.,<br><br>                Respondents. | Case No. 1:26-cv-00161-JLT-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 10, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On January 11, 2025, the Court denied the motion for TRO as untimely but converted it to a motion for preliminary injunction and referred the matter to the undersigned. (ECF No. 5.)

Given that the petition and the motion for preliminary injunction raise the same claims and seek identical relief, and for purposes of judicial efficiency, it appears to the Court that issuing findings and recommendations on the merits pursuant to Rule 65(a)(2), which provides that "the court may advance the trial on the merits and consolidate it with the hearing" on a motion for preliminary injunction, is appropriate. Fed. R. Civ. P. 65(a)(2).

The Court has addressed the legal issues raised in the petition and motion for preliminary injunction on previous occasions. See, e.g., Valle Garcia v. Chestnut, No. 1:25-cv-01907-JLT-

1

CDB, 2025 WL 3771348 (E.D. Cal. Dec. 31, 2025); <u>Castillo v. Wofford</u>, No. 1:25-cv-01586-JLT-HBK, 2025 WL 3466064 (E.D. Cal. Dec. 2, 2025). In the response, Respondents shall state whether there are any factual or legal issues in this case that render it distinguishable from the Court's prior orders in <u>Valle Garcia</u> and <u>Castillo</u> and justify denying relief, or indicate the matter is not substantively distinguishable.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL file a response to the petition and motion for preliminary injunction; and

2. Within ten (10) days of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **January 13, 2026**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE